396 A.2d 839

Moore, Appellant, v. Ryder Truck Lines, Inc., et al.

Blazowich, Appellant, v. Kunkle et al.

Argued October 25, 1978. Robert M. Stefanon, for appellant at No. 716; Dante G. Bertani, for appellant at No. 879, and appellee at No. 716; William C. Walker, for appellees, Ryder Truck Lines, Inc., at Nos. 716 and 879, and Kunkle, at No. 879.

Before PRICE, HESTER and WATKINS, JJ.

Order and judgment affirmed.